**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**POVERTY POINT PRODUCE CO**          **CASE NO.  3:22-CV-01967**

**VERSUS**                                        **JUDGE TERRY A. DOUGHTY**

**TEXAS EASTERN TRANSMISSION LP**          **MAG. JUDGE KAYLA D. MCCLUSKY**
**ET AL**

**J U D G M E N T**

The Report and Recommendation [Doc. No. 60] of the Magistrate Judge having been considered, together with the written objections [Doc. No. 61] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this matter is **REMANDED** to the Fifth Judicial District Court, West Carroll Parish, State of Louisiana.

**IT IS FURTHER ORDERED** that the Magistrate Judge's Order [Doc. No. 28] granting leave to file a second amended complaint is **VACATED**.

In Chambers, at Monroe, Louisiana, on this 28th day of February, 2023.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE